IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JULIE BRANDENBURG,

Plaintiff,

v.

EARL L. HENDERSON TRUCKING,
CO., LLC, and PREMIUM TRANSPORTATION
STAFFING, INC.,

Defendants.                                               No. 09-0558-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On July 24, 2009, Plaintiff filed this lawsuit against Defendants alleging that she was discriminated and retaliated against because of her gender (Doc. 2). On September 21, 2009, Defendant Earl L. Henderson Trucking, Co., LLC ("Henderson Trucking") entered an appearance, filed a motion to dismiss and a jury demand (Docs. 8, 9 & 11). However, Henderson Trucking failed to file the disclosure statement required by **Federal Rule of Civil Procedure 7.1**. Thus, the Court **ORDERS** Henderson Trucking to file the disclosure statement on or before October 6, 2009.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2009.

/s/    David R Herndon

Chief Judge
United States District Court