IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JULIE BRANDENBURG,

Plaintiff,

v.

EARL L. HENDERSON TRUCKING,
CO., LLC, and PREMIUM TRANSPORTATION
STAFFING, INC.,

Defendants.                                            No. 09-0558-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On December 4, 2009, Plaintiff filed a Second Amended Complaint (Doc. 38). Thus, the Court **DENIES as moot** Defendants' motions to dismiss (Docs. 25 & 27).

IT IS SO ORDERED.

Signed this 9th day of December, 2009.

/s/ David R. Herndon

Chief Judge
United States District Court