IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JULIE BRANDENBURG,**

**Plaintiff,**

**v.**

**EARL L. HENDERSON TRUCKING,
CO., LLC, et al.,**

**Defendants.**                                              No. 09-0558-DRH

### ORDER

**HERNDON, Chief Judge:**

      Now before the Court is Defendants' motion to stay discovery (Doc. 51). Specifically, Defendants move the Court to stay discovery pending the Court's ruling on the motions to dismiss. Defendants contend that discovery should be stayed as Plaintiff had the opportunity to investigate the facts of her complaint against all Defendants before her first complaint was filed and that she has been given the opportunity to amend her complaint twice with the facts and documents that were available to her before her first complaint was filed. Plaintiff opposes the motion (Doc. 52). Under the circumstances of this case, the Court finds that a stay of discovery is not warranted. Thus, the Court **DENIES** the motion.

      **IT IS SO ORDERED.**

      Signed this 30th day of December, 2009.

/s/    David R Herndon
**Chief Judge
United States District Court**