IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JULIE BRANDENBURG,**

**Plaintiff,**

**v.**

**EARL L. HENDERSON TRUCKING,
CO., LLC, and PREMIUM TRANSPORTATION
STAFFING, INC.,**

**Defendants.**                                                        No. 09-0558-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Now before the Court is Defendants' motion to amend reply brief of Premium Transportation Staffing, Inc. and Premium Enterprises, Inc.'s reply to Plaintiff's memorandum in opposition to Premium Transportation Staffing, Inc. and Premium Enterprises, Inc.'s motion to dismiss second amended complaint being treated by the Court as a motion for summary judgment (Doc. 84). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **DIRECTS** Defendants to file their amended reply instanter. Further, the Court **DENIES as moot** Plaintiff's motion to strike (Doc. 83).

**IT IS SO ORDERED.**

Signed this 21st day of April, 2010.

/s/ *David R Herndon*

**Chief Judge
United States District Court**