IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JULIE BRANDENBURG,**

**Plaintiff,**

**v.**

**EARL L. HENDERSON TRUCKING,
CO., LLC, and PREMIUM TRANSPORTATION
STAFFING, INC.,**

**Defendants.**                                                      **No. 09-0558-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's motion to strike (Doc. 112). Plaintiff moves the Court to strike Defendant Earl L. Henderson's motion for summary judgment for violation of the Local Rules. Plaintiff is correct. Defendant Earl Henderson's motion for summary judgment does violate Local Rule 7.1(d). Local Rule 7.1(d) provides in part:

> No brief shall be submitted which is longer than 20 doublespaced typewritten pages in 12 point font.

The motion is 15 pages and the memorandum in support is 21 pages, therefore, Earl L. Henderson's combined motion and memorandum are well over the 20 page limit. Moreover, Local Rule 7.1(d) also provides that additional page requests are not

allowed. Thus, the Court **GRANTS** Plaintiff's motion to strike (Doc. 112) and **STRIKES** the motion for summary judgment (Doc. 105 & 106). The Court **ALLOWS** Defendant Earl L. Henderson Trucking up to and including January 5, 2011 to file a motion for summary judgment that complies with the Local Rules.

    **IT IS SO ORDERED.**

    Signed this 22nd day of December, 2010.

                                                   David R. Herndon
                                                 2010.12.22
                                                 11:04:57 -06'00'

                                        **Chief Judge**
                                        **United States District Court**