IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JULIE BRANDENBURG,**

**Plaintiff,**

**v.**

**EARL L. HENDERSON TRUCKING
CO., LLC, et al.,**

**Defendants.**                                                          **No. 09-0558-DRH**

### ORDER

**HERNDON, Chief Judge:**

       This matter comes before the Court for case management. On February 4, 2011 Brandenburg filed replies to responses in opposition to her motions for summary judgment (Docs. 126 & 127). Also on February 14, 2011, Earl L. Henderson Trucking Co. filed a reply to Brandenburg's memorandum in opposition to its motion for summary judgment (Doc. 128). Local Rule 7.1 (c) states in part:

> Reply briefs are not favored and should be filed only in exceptional circumstances. The party filing the reply brief shall state the exceptional circumstances.

Here, none of the reply brief state the exceptional circumstances as to why a reply

brief is needed.  Thus, the Court **STRIKES** the replies.

      **IT IS SO ORDERED.**

Signed this 15th day of February, 2011.

                                      David R. Herndon
                                      2011.02.15
                                      13:19:18 -06'00'

**Chief Judge**
**United States District Court**