IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JULIE BRANDENBURG,

Plaintiff,

v.

EARL L. HENDERSON TRUCKING,
CO., LLC., and PREMIUM TRANSPORTATION
STAFFING, INC. and PREMIUM ENTERPRISES,
INC.,

Defendants.                                               No. 09-0558-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' joint motion for voluntary dismissal with prejudice (Doc. 141). Based on the reasons stated in the motion, the Court **GRANTS** the motion and **DISMISSES with prejudice** this cause of action. Each party shall pay its own costs. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 21st day of February, 2012.

David R. Herndon
2012.02.21
14:40:56 -06'00'

Chief Judge
United States District Court