IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JULIE BRANDENBURG,**

**Plaintiff,**

**-vs-**

**EARL L. HENDERSON TRUCKING,
CO., LLC., and PREMIUM TRANSPORTATION
STAFFING, INC. and PREMIUM ENTERPRISES,
INC.,**

**Defendants.**                                                    NO. 09-CV-558-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court on joint motion for voluntary dismissal with prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 17, 2012, this case is **DISMISSED** with prejudice.  Each party shall pay its own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:       /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: February 21, 2012

David R. Herndon
2012.02.21
14:42:49 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT